UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of APPLE VALLEY FUEL COMPANY, INC., a Washington corporation,<br><br>                      Plaintiff,<br><br>   v.<br><br>APOLLO, INC., a Washington corporation; and TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation,<br><br>                      Defendants. | NO:  CV-12-3146-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is Plaintiff's Stipulation for Order of Dismissal with Prejudice, ECF No. 4.  Having reviewed said stipulation and the file and pleadings therein, the Court finds good cause to approve dismissal.

Accordingly, **IT IS HEREBY ORDERED:**

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1. Plaintiff's Stipulation for Order of Dismissal with Prejudice, **ECF No. 4**, is **APPROVED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, enter judgment accordingly, provide copies of this Order to counsel, and **close** this case.

**DATED** this 19th day of February 2013.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge